THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL BRINKMAN.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANCES B. DOUGHERTY v. EDWARD H. BURGEF.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer JJ.

HARRY VAUGHAN v. CITY OF NEW YORK — Preference granted for October 1, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer JJ.

PHILIPPA L. BOZZO v. ALFRED S. BOZZO.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER, Impleaded, etc.— Motion granted, and the time of appellant in which to file the record on appeal and appellant's points extended to and including August 15, 1929, with notice of argument for October 1, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. RUTH SNYDER and Another, Impleaded with JOSEPHINE BROWN, as Administratrix, etc., of ALBERT E. Snyder, Deceased.— Motion granted as stated in order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SONIA E. GROSSMAN v. THE TRAVELERS INSURANCE COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM KAPLOWITZ.— Motion granted and the time of the appellant in which to file the record on appeal and appellant's points extended to and including August 1, 1929, with notice of argument for October 1, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion granted so far as to extend the time of the appellant within which to file record and appellant's points to and including August 15, 1929, with notice of argument for October 1, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOTOS OIL AND DISTRIBUTING CORPORATION v. ADELPHIA ALLOCCO, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN S. MUNRO and Another.— Motion granted and the time of the appellants to file and serve the record on appeal and appellants' points extended to and including August 15, 1929, with notice of argument for October 1, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SPRING PRODUCTS CORPORATION v. ADOLPH J. CHESLEY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN HOFFMAN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANN TONER v. WINSTON W. EHRGOTT and Another.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.